**United States District Court**
WESTERN DISTRICT OF WASHINGTON

DANIEL GOUIN,

          Plaintiff,

          v.

CLALLAM COUNTY; DAVE MEYER and
PILI MEYER, and the martial community
comprised thereof; and MARJORIE UPHAM,
and the community comprised thereof,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5247FDB

☐ **Jury Verdict**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **Decision by Court**    This action came on before the Court on motion for summary judgment. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment is GRANTED, and this case is dismissed in its entirety.

DATE:   July 16, 2007

          BRUCE RIFKIN
          Clerk

          /*s/ Rhonda Miller*
          (By) Deputy Clerk