# United States District Court
WESTERN DISTRICT OF WASHINGTON

DANIEL GOUIN,

    PLAINTIFF

v.

CLALLAM COUNTY; DAVE MEYER, and PILI MEYER, and the marital community comprised thereof; and MARJORIE UPHAM, and the community comprised thereof,

    DEFENDANTS

JUDGMENT IN A CIVIL CASE
ON FEES AND COSTS

CASE NUMBER: C06-5247FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Attorney Fees and Costs (Dkt #42) is DENIED.

August 13, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
_____
Deputy Clerk